# Court of Appeals
# of the State of Georgia

ATLANTA, December 17, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0143.  KENNETH JOHNSON, et al. v. WILBUR M. WATSON.**

Kenneth Johnson and Jacquelyn Johnson filed a petition for mandamus, asking the court to order Coroner Wilbur M. Watson to conduct a Coroner's Inquest as to the death of their son.  The trial court stayed the action pending resolution of an ongoing federal investigation of the minor's death.  The Johnsons then filed this application for appellate review.

The Supreme Court of Georgia has exclusive appellate jurisdiction of all cases involving extraordinary remedies, including mandamus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006). Accordingly, this application is TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/17/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*